FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2003 OCT -1 PM 4: 10

SIOUX CITY DIV. OFFICE

BY_____

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF IOWA, CENTRAL DIVISION

| | |
|---|---|
| ASA-BRANDT, INC. a/k/a ASA-BRANDT PARTNERSHIP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADM INVESTOR SERVICES, INC., *et al.*, <br><br> Defendants. | No. C01-3021-MWB |
| DANIEL DeWAARD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADM INVESTOR SERVICES, INC., *et al.*, <br><br> Defendants. | No. C01-3022-MWB |
| JAY GUNDERSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADM INVESTOR SERVICES, INC., *et al.*, <br><br> Defendants. | No. C01-3023-MWB |
| DAN ABELS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADM INVESTOR SERVICES, INC., *et al.*, <br><br> Defendants. | No. C01-3024-MWB |

**AGREED ORDER OF DISMISSAL**

THIS MATTER COMING before the Court by agreement of the parties to each of the above-captioned actions, the Court having been advised in its premises;

IT IS HEREBY ORDERED that each of the above-captioned lawsuits is hereby dismissed with prejudice with all parties to bear their own costs, all matters in controversy by and between Plaintiffs and Defendants having been fully compromised and settled; provided, however, that Plaintiffs shall have leave to reinstate the lawsuit within thirty (30) days if the Settlement Amount has not been paid by ADMIS consistent with the terms of the Settlement Agreement and Release entered into by the parties.

Dated: 10/1/03

ENTERED:

*Mark W. Bennett*
Honorable Mark W. Bennett,
United States District Court Judge

Prepared by:
Timothy C. Klenk
Richard J. Rappaport
Amy B. Manning
Joshua B. Silverman
McGuireWoods LLP
150 N. Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone: (312) 558-1000
Facsimile: (312) 750-8600

2